UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

IN RE:   CASE NO.: 09-37479 cgm

Peter Joseph Tripodi and Olga Nicole   Chapter: 7
Tripodi, fka Olga Nicole Andrusiak,

                                DEBTORS.   JUDGE: CECELIA G. MORRIS

---------------------------------------------------X

## ORDER TERMINATING AUTOMATIC STAY BY DEFAULT

Upon the unopposed motion of U.S. Bank National Association ("Movant"), dated November 5, 2009 and heard before the Court on December 1, 2009 seeking relief from the automatic stay, ~~and after preliminary hearing this date,~~ it is hereby

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362 (d)(1) and 11 U.S.C. §362 (d)(2) as to Movant`s, and its successors and/or assigns, lien interest in the property located at 372 Bellvale Road, Chester, NY 10990, and *it is further*

**ORDERED**, *that* Movant shall account to this estate for any surplus proceeds realized after sale.

Dated: December 8, 2009
       Poughkeepsie, New York

                                               */s/ Cecelia G. Morris*
                                               Hon. Cecelia G. Morris
                                               United States Bankruptcy Judge